UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JON VITALE, | ) ) ) | Civil Action No. 3:17-cv-00166-RBH |
| Plaintiff, | ) ) | |
| v. | ) ) | **MOTION TO RELIEVE KIMBERLY A. DUNNE AS COUNSEL** |
| MIMEDX GROUP, INC. | ) ) | |
| Defendant. | ) ) ) | |

MiMedx Group, Inc. ("MiMedx"), by and through undersigned counsel, and pursuant to Local Rule 83.I.07(A), files this Motion to Relieve Kimberly A. Dunne as Counsel, showing the Court as follows:

1. Sidley Austin LLP and K&L Gates LLP represent MiMedx in this case.

2. Kimberly A. Dunne, counsel of record in this case, will be leaving Sidley Austin LLP effective December 2, 2018, to assume an in-house counsel position.

3. Accordingly, Ms. Dunne seeks to withdraw from her representation of MiMedx.

4. Scott D. Stein of Sidley Austin LLP and Matthew R. Hubbell and Karen E. Spain of K&L Gates LLP will remain as counsel for MiMedx in this case, and they each consent to Ms. Dunne's withdrawal of her representation.

5. MiMedx consents to Ms. Dunne's withdrawal of her representation in this case.

For the foregoing reasons, MiMedx respectfully requests that the Court grant this Motion to Relieve Kimberly A. Dunne as Counsel for MiMedx Group, Inc.

Respectfully submitted,

/s/ Matthew R. Hubbell
Matthew R. Hubbell
Federal ID# 5484
E-Mail: matt.hubbell@klgates.com
Karen E. Spain
Federal ID# 11982
E-Mail: karen.spain@klgates.com
K&L GATES LLP
134 Meeting Street, Suite 500
P. O. Box 22092 (29413-2092)
Charleston, SC 29401
Telephone: 843.579.5600
Facsimile: 843.579.5601

Kimberly A. Dunne (*admitted pro hac vice*)
E-Mail: kdunne@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: 213.896.6000
Facsimile: 213.896.6600

Scott D. Stein (*admitted pro hac vice*)
E-Mail: sstein@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: 312.853.7000
Facsimile: 312.853.7036

ATTORNEYS FOR DEFENDANT
MIMEDX GROUP, INC.

November 19, 2018

Charleston, South Carolina