UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>*Ex rel.* JON VITALE )<br>)<br>Relator, )<br>)<br>v. )<br>)<br>MIMEDX GROUP, INC. )<br>)<br>Defendant. ) | Civil Action No. 3:17-cv-00166-RBH<br><br>**Motion in Support of**<br>*Pro Hac Vice* **Application** |

    The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that Joseph Ryan Dosch be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1. I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2. All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and

3. Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and

4. Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

5. Certification of Consultation (Local Civil Rule 7.02).
    ☒ Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: ☐ will likely oppose; ☒ does not intend to oppose
    ☐ Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s):

☐ No duty of consultation is required because the opposing party is proceeding pro se.

| | |
|---|---|
| K&L Gates LLP<br>Firm Name | Matthew R. Hubbell<br>Name of Local Counsel |
| 134 Meeting Street, Suite 500<br>Street Address or Post Office Box | /s/ Matthew R. Hubbell<br>Signature of Local Counsel |
| Charleston, SC  29401<br>City, State, Zip Code | Local Counsel for<br>MiMedx Group, Inc. |
| 843-579-5600<br>Telephone Number | District of South Carolina |
| matt.hubbell@klgates.com<br>E-Mail Address | |

February 22, 2019
Charleston, South Carolina