# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JON VITALE, <br><br> Plaintiff, <br><br> v. <br><br> MIMEDX GROUP, INC. <br><br> Defendant. | Civil Action No. 3:17-cv-00166-RBH |

## ORDER

This matter is before the Court on Defendant MiMedx Group, Inc.'s unopposed motion to unseal docket entries 2 through 39, 41, and 42. The Court rules as follows:

**IT IS ORDERED** that,

1. The docket text for docket entries 2 through 39, 41, and 42 shall be unsealed, and shall appear on the publicly-available docket sheet;

2. At this time, the underlying filings at docket entries 2 through 39, 41, and 42 shall remain under seal and not be made public, absent further order of the Court;

3. This order is without prejudice to defendant's right to separately move to unseal any filing that remains under seal.

**IT IS SO ORDERED.**

August 1, 2019                                s/R. Bryan Harwell
Florence, South Carolina                R. Bryan Harwell
                                                               Chief United States District Judge